# THE LAW OFFICES OF REGINA L. DARBY
20 VESEY STREET, SUITE 310
NEW YORK, NEW YORK 10007
PH: 212 925-5040 AND 212 233-2040
FAX: 212 631-7448
FAX: 212 732-4648
REGINADARBY@YAHOO.COM

October 30, 2008

**VIA FACSIMILE (718) 613-2365 AND**
**ELECTRONIC CASE FILING**

*quest Granted.*

*Cheryl Pollak*

SO ORDERED.   U.S. Magistrate

Honorable Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
Cadman Plaza East, Room 1230
Brooklyn, New York

Re:   Victor Marshall v. Downstate Obstetricians and Gynecologist, P.C. et al
<u>Case No. 07 CIV. 4708 (ENV)(CLP)</u>

Dear Judge Pollak:

    We represent the Plaintiff in the above-captioned action. This is a joint request by counsel for the Parties to extend discovery by about one month to December 5, 2008.

    The parties have made good progress with discovery, but due to trial commitments of Plaintiff's counsel and her involvement in the Presidential campaign of Senator Obama (including attending meetings in Chicago from October 31 through November 4th, and returning November 5th), the unavailability of Defendants' counsel for most of the month of October due to overseas business and leisure travel, we have been unable to schedule depositions. The first mutually-available dates are in November and we are confident that we will be able to conclude discovery by December 5th. For this reason, the Parties jointly request the additional time to complete discovery and to adjourn the court conference scheduled for November 7th. This is the first time either party requests an extension of discovery.

Very truly yours,

LAW OFFICES OF REGINA L. DARBY

*Regina L. Darby*
Regina L. Darby

cc. E. Johan Lubbe

# THE LAW OFFICES OF REGINA L. DARBY
20 VESEY STREET, SUITE 310
NEW YORK, NEW YORK 10007
PH: 212 925-5040
FAX: 212 732- 4648
REGINADARBY@YAHOO.COM

REGINA L. DARBY

OF COUNSEL
JOHN CHANG

## FAX COVER SHEET

| | | | |
|---|---|---|---|
| **To:** | Honorable Cheryl L. Pollak | **From:** | The Law Offices of Regina L. Darby |
| **Fax:** | (718) 613-2365 | **Pages:** | 2 including cover sheet |
| **Phone:** | | **Date:** | October 30, 2008 |
| **Re:** | Victor Marshall v. Downstate Obstetricians and Gynecologist, P.C. et al | **CC:** | Johan Lubbe Jackson Lewis LLP (914) 328-1882 |

COMMENTS:

Please see the letter regarding the above referenced matter.

Thank you,

Caitlin Nutter

Legal Assistant